♦AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

EMILY MITCHELL-PETERSON
AND CHAD MITCHELL-PETERSON

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:   04-5105 JRT/FLN

NORTHLAND GROUP, INC., KARI L.
LARSON, AND TINA M. CAMPBELL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiffs' Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

|  |  |
|---|---|
| June 17, 2005 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/Amy Linner |
| (By) | Amy Linner,   Deputy Clerk |

Form Modified:  09/16/04